AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Mark Benjamin Hemphill, ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.    1:12-cv-00827-CMC |
| United States of America, ) | |
| *Respondents* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Mark Benjamin Hemphill, shall take nothing of the respondent, United States of America, as to the petition filed pursuant to 28 U.S.C. §2241 and this petition is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the petition without prejudice.

Date:  May 30, 2012                                               *CLERK OF COURT*

                                                                  s/A. Buckingham
                                                     _____
                                                      *Signature of Clerk or Deputy Clerk*